IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA,      ) | |
| ) | |
| Plaintiff,      ) | Criminal Action |
| ) | |
| vs.      ) | Case No.: 07-10221-02-MLB |
| ) | |
| TYRONE L. ANDREWS,      ) | |
| ) | |
| Defendant.      ) | |
| _____) | |

**DEFENDANT TYRONE L. ANDREWS'
SUPPLEMENTAL SENTENCING MEMORANDUM**

COMES NOW, Defendant Tyrone L. Andrews ("Andrews"), by and through his attorney of record, Lee H. Woodard, and submits this Supplemental Memorandum to the Court for the purpose of correcting several matters contained in the first sentencing memorandum.

On page four Defendant Andrews' Sentencing Memorandum, the case of *United States v. McPeters*, Case No. 6:09-cr-10119-MLB is discussed. The amount of cocaine that was being transported by defendants Moya and Vickery in that case should be changed from 114 pounds to 55 kilos. (*Id.*, Dkt. 1.) The 114 pounds was obtained from a newspaper account before the actual criminal complaint was obtained.

The docket sheet in Case No. 6:09-cr-10119-MLB shows the sentence for Moya and Vickery as stated (without citation) at Dkts. 44 and 46. The remaining facts concerning the case come from the affidavit filed by Special Agent Marielle Schultz.

1

Finally, the motion to reduce Co-Defendant Abarca's sentence, referred to at page three of Defendant Andrews' Sentencing Memorandum, can be found at Dkt. 668.

Counsel apologizes for any inconvenience to the Court.

                                                 Respectfully submitted,

                                                 s/Lee H. Woodard
Lee H. Woodard (#05936)
WOODARD, HERNANDEZ, ROTH & DAY, L.L.C.
257 N. Broadway, Suite 300
Wichita, KS 67202
*Tel: (316) 263-4958*
*Fax: (316) 263-0125*
-***Attorney for Defendant Tyrone L. Andrews***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on this 17th day of June 2010, a true and correct copy of the above and foregoing ***DEFENDANT TYRONE L. ANDREWS' SUPPLEMENTAL SENTENCING MEMORANDUM,*** was served upon the Plaintiff herein by electronically filing the foregoing with the clerk of the court by using the CM/ECF system which will send a notice of electronic filing to the following:

    Deb Barnett, Assistant United States Attorney
    Colin Wood, Special Assistant United States Attorney
    U.S. Department of Justice
    1200 Epic Center
    301 N. Main
    Wichita, Kansas 67202-4812
    *Tel: (316) 269-6481*
    *Fax: (316) 269-6484*

                                          s/Lee H. Woodard
                                          Lee H. Woodard (#05936)

H:\Woodard\1CURRENT CASE FILES\USA v TYRONE ANDREWS (potential case)\PLEADINGS - OUR CLIENT ONLY\Supplemental Sentencing Memorandum, Final, 6-17-10.wpd