IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | Criminal Action |
| ) | |
| vs. ) | Case No.: 07-10221-02-MLB |
| ) | |
| TYRONE L. ANDREWS, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

**DEFENDANT TYRONE ANDREWS'**
**SUPPLEMENTAL MEMORANDUM ON FORFEITURE ISSUES**

COMES NOW, Defendant Tyrone L. Andrews ("Andrews"), by and through Lee H. Woodard, his attorney of record, and submits this Supplemental Memorandum correcting errors in Defendant Andrews' earlier Memorandum on Forfeiture Issues (Dkt. 674).

Defendant Andrews' Memorandum on Forfeiture Issues contains several errors which should be corrected even though they are not, in counsel's opinion, significantly consequential. The errors arise because of the lack of documentation concerning the transactions to which they relate and because of miscommunication between Defendant Andrews and his counsel.

The corrections that should be made are as follows:

1. First Horizon did not refinance the purchase of 931 S. Sandalwood, as stated at page 4 of Defendant's earlier memorandum. Instead, First Horizon provided the original and only financing for that property.

2.  The down payment for the property at 5749 Ayesbury did not come from the sale of property at 1013 Burrus Court, as stated on pages 4 and 6 of Defendant's earlier memorandum. Instead, the proceeds used by Defendant in making the down payment for the Ayesbury property came from a bonus he received from Boeing.

3.  The Defendant sold the property at 1013 Burrus and used proceeds from that sale to purchase rental duplexes on South Spruce Street in 2001.

Counsel apologizes for these errors and any inconveniences it has caused to the Court and the Government.

Respectfully submitted,

 s/Lee H. Woodard
Lee H. Woodard (#05936)
WOODARD, HERNANDEZ, ROTH & DAY, L.L.C.
257 N. Broadway, Suite 300
Wichita, KS 67202
*Tel: (316) 263-4958*
*Fax: (316) 263-0125*
*-Attorney for Defendant Tyrone L. Andrews*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on this 21st day of June 2010, a true and correct copy of the above and foregoing **DEFENDANT TYRONE ANDREWS' SUPPLEMENTAL MEMORANDUM ON FORFEITURE ISSUES**, was served upon the Plaintiff herein by electronically filing the foregoing with the clerk of the court by using the CM/ECF system which will

send a notice of electronic filing to the following:

> Deb Barnett, Assistant United States Attorney
> Colin Wood, Special Assistant United States Attorney
> U.S. Department of Justice
> 1200 Epic Center
> 301 N. Main
> Wichita, Kansas 67202-4812
> *Tel: (316) 269-6481*
> *Fax: (316) 269-6484*

                         s/Lee H. Woodard
                         Lee H. Woodard (#05936)

H:\Woodard\1CURRENT CASE FILES\USA v TYRONE ANDREWS(potentialcase)\PLEADINGS- OUR CLIENT ONLY\Deft Andrews' Supplemental Memorandum on Forfeiture Issues, 6-21-10.wpd