## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,

      Plaintiff,

v.

                                      Case No. 07-CR-10221-JTM-2
                                      Case No. 17-CV-01035-JTM

TYRONE L. ANDREWS,

      Defendant.

## MEMORANDUM AND ORDER

Before the court is defendant's request for removal of the two point enhancement to his sentence because "[he cannot] take the drug program to get the extra year off." Dkt 1075. Defendant claims the "pullover" was illegal and that he did not receive the minimum sentence. *Id.* The docket indicates that defendant has previously filed a motion to vacate sentence under 28 U.S.C. § 2255. Dkt. 742. This court lacks jurisdiction to address the merits of a second or successive § 2255 motion until the Court of Appeals grants authorization. 28 U.S.C. § 2255(h); *United States v. Nelson*, 465 F.3d 1145, 1148 (10th Cir. 2006). Accordingly, the court denies the motion and refers it to the Tenth Circuit Court of Appeals for authorization.

**IT IS THEREFORE ORDERED** this 10th day of February, 2017, that defendant's motion (Dkt. 1075) is denied without prejudice and referred to the Tenth Circuit Court of Appeals for authorization.

                                  s/   J. Thomas Marten
                                  Chief United States District Judge