IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

UNITED STATES OF AMERICA,
    Plaintiff,

vs.                                          No. 07-10221-02-JTM

TYRONE L. ANDREWS
    Defendant.

MEMORANDUM AND ORDER

This matter is before the court on defendant Tyrone Andrews' Motion to Alter and Amend (Dkt. 1109), which attacks his underlying conviction of various grounds, including allegations of fraud by the trial judge. Since 2013, when his conviction was affirmed on appeal (Dkt. 973), Adams has filed repeated motions attacking his conviction collaterally. (Dkt. 1075, 1083, 1089). In its last Order, the court set forth the legal limits on successive collateral attacks, denied Andrews' request for relief, and refused to issue a certificate of appealability. The court also observed that "[f]uture motions by defendant which attack the validity of the underlying conviction may be resolved by summary order referencing this Order and the Order of June 9." (Dkt. 1109, at 2, also referencing Dkt. 1084). The Tenth Circuit dismissed his appeal from this Order on January 8, 2018. (Dkt. 1107).

All of Andrews' current arguments attack the validity of the underlying conviction, and the court denies the motion for reasons stated in its earlier orders. The court denies a certification of appealability for the reasons stated in its earlier orders and the Tenth Circuit's 2018 Order refusing a certificate.

IT IS SO ORDERED this 17th day of June, 2019.

s/ J. Thomas Marten
J. Thomas Marten, Judge